# IN THE DISTRICT COURT OF THE UNITED STATES

## for the Western District of New York

_____

**OCTOBER 2023 GRAND JURY**
**(Impaneled October 27, 2023)**

**THE UNITED STATES OF AMERICA**

**-vs-**

**GREGORY TROTTER**

**INDICTMENT**

**Violations:**
Title 18, United States Code,
Section 1001(a)(2)

(1 Count)

.

## COUNT 1

**(False Statement to an Agency of the United States)**

**The Grand Jury Charges That:**

1.      At all times relevant to this indictment, the defendant, **GREGORY TROTTER**, was employed as a detective with the Amherst Police Department ("APD").

2.      Between in or about February 2017, and in or about April 2019, the defendant had contact, both professional and personal, with Peter Gerace, Jr. ("Gerace"). During that time period, the defendant provided Gerace his personal cell phone number for Gerace to use to contact him.

3.      On or about March 4, 2019, Gerace filed a police report with the APD regarding the alleged theft of a Rolex watch, and identifying Individual 1, a person known to the Grand Jury, as the person believed to be responsible for the alleged theft.

4.      Within hours of filing the police report with APD, Gerace texted the defendant on the defendant's personal cell phone informing the defendant that Gerace had filed the police report and asking the defendant if he had seen it.

5.      Between on or about March 6, 2019, and on or about April 9, 2019, the defendant, along with another APD detective, a person known to the grand jury, investigated the reported theft of the Rolex watch.  During this time, the defendant used his personal cell phone to exchange text messages with Gerace regarding the status of the investigation.

6.      On or about April 9, 2019, the defendant participated in the arrest of Individual 1 in connection with the alleged theft of the Rolex watch.  The defendant and Gerace exchanged text messages regarding Individual 1 and the arrest of Individual 1, including text messages from Gerace telling the defendant where Individual 1 could be located.  The defendant texted Gerace when Individual 1 was in custody, responded to texts from Gerace regarding the arrest, and continued to exchange texts with Gerace following the arrest of Individual 1 regarding the status of the case and the criminal charges ultimately filed against Individual 1.

7.      On or about February 25, 2021, Gerace was indicted on federal charges unrelated to the alleged theft of the Rolex watch or the investigation of that alleged theft by APD.

8.      On or about September 30, 2022, the Federal Bureau of Investigation interviewed the defendant regarding his relationship with Gerace, as well as his involvement in the 2019 investigation into the allegedly stolen Rolex watch, and the April 9, 2019 arrest of Individual 1.

9.      On or about September 30, 2022, in the Western District of New York, the defendant, **GREGORY TROTTER**, in a matter within the jurisdiction of the executive branch of the United States, did willfully and knowingly make materially false, fictious, and fraudulent statements and representations to special agents of the Federal Bureau of Investigation, in that the defendant denied having contact with Gerace after January 2017; stated that his involvement in the investigation into the theft of the Rolex watch was limited to taking a statement from Gerace; and stated that Gerace had never reached out to him or contacted him regarding the investigation, whereas in truth and in fact, and as the defendant then and there well knew, the defendant did have contact with Gerace after January 2017; the defendant had been involved in the investigation into the theft of the Rolex watch beyond

taking Gerace's statement; and Gerace had contacted the defendant regarding the investigation into the theft of the Rolex watch.

**All in violation of Title 18, United States Code, Section 1001(a)(2).**


DATED:     Buffalo, New York, April 23, 2024.


TRINI E. ROSS
United States Attorney

BY:    S/DOUGLAS A.C. PENROSE
DOUGLAS A. C. PENROSE
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York  14202
716/843-5868
Douglas.Penrose@usdoj.gov

A TRUE BILL:


S/FOREPERSON
FOREPERSON